Frank Alexander, Respondent, v. Thomas Thomaschek, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No

opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ. (Clarke and Dowling, JJ., dissented.)